```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

Various Plaintiffs,           )
                              )
                              )
                              )
v.                            )
                              )
                              )
                              )
MASSACHUSETTS FINANCIAL       )
SERVICES COMPANY, et al.,     )
                              )
         Defendants.          )


## ORDER OF RECUSAL

LASKER, D.J.

    I hereby recuse myself from the following cases:

*Gustavo Bruckner v. Massachusetts Financial Services Company, et al.*, 03-CV-12483-MEL

*Delores B. Manson v. Massachusetts Financial Services Company, et al.*, 03-CV-12515-MEL

*David Shaev v. Massachusetts Financial Services Company, et al.*, 03-CV-12520-MEL

*Zachary Alan Starr v. Massachusetts Financial Services Company, et al.*, 03-CV-12595-MEL

*Ed Casey v. Massachusetts Financial Services Company, et al.*, 04-CV-10010-MEL

and any related cases.

                          MORRIS E. LASKER
                          UNITED STATES DISTRICT JUDGE

                          By the Court,

Dated:   February 11, 2004
          Boston, Massachusetts    Deputy Clerk