UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GUSTAVO BRUCKNER

Plaintiff,

v.

MASSACHUSETTS FINANCIAL SERVICES COMPANY ET AL.

Defendant.

and

MFS CAPITAL OPPORTUNITIES FUND, MASSACHUSETTS INVESTOR TRUST and the "MFS FUNDS"

Nominal Defendants.

CIVIL ACTION
NO. 03-CV-12483 NG

**STIPULATION TO EXTEND TIME FOR DEFENDANTS**
**TO RESPOND TO COMPLAINT**

Plaintiff, Gustavo Bruckner ("Plaintiff"), through counsel, has advised that he intends to file a motion to consolidate. The undersigned parties hereby stipulate that the time for the Defendants to answer, move, or otherwise respond to the Complaint in the above-captioned action shall be thirty (30) days from either the filing of a consolidated amended complaint, or the denial of a motion to consolidate. Defendants at this time take no position with respect to consolidation, and the parties further stipulate that each party reserves all of its rights.

**GUSTAVO BRUCKNER**
By his attorney,

Robert D. Hillman, Esq.
Deutsch Williams Brooks Derensis & Holland, P.C.
99 Summer Street
Boston, MA 02110

Wolf Haldenstein Adler Freeman & Herz LLP
Christopher S. Hinton
270 Madison Avenue
New York, NY 10016

**MASSACHUSETTS FINANCIAL SERVICES COMPANY & SUN LIFE FINANCIAL INC.**
By their attorney,

Christina N. Davilas, BBO # 655477
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

**KEVIN PARKE**
By his attorney,

George J. Skelly, BBO # 546797
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110

**LAWRENCE H. COHN, WILLIAM R. GUTOW, J. ATWOOD IVES, ABBY M. O'NEILL, LAWRENCE T. PERERA, WILLIAM J. POORVU, J. DALE SHERRATT, ELAINE R. SIMITH, WARD SMITH, MFS CAPITAL OPPORTUNITIES FUND, MASSACHUSETTS INVESTOR TRUST AND THE "MFS FUNDS"**
By their attorney,

John D. Donovan, Jr., BBO #130950
Ropes & Gray
One International Place
Boston, MA 02110

**JEFFREY SHAMES**
By his attorney,

James C. Rehnquist
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

**JOHN W. BALLEN**
By his attorney,

John J. Falvey, Jr.
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110

Dated: February 13, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GUSTAVO BRUCKNER<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY ET AL.<br><br>Defendant.<br>and<br><br>MFS CAPITAL OPPORTUNITIES FUND, MASSACHUSETTS INVESTOR TRUST and the "MFS FUNDS"<br><br>Nominal Defendants. | CIVIL ACTION<br>NO. 03-CV-12483 |

**ORDER**

This Court hereby ORDERS that the time for Defendants to answer, move, or otherwise respond to the Complaint in the above-captioned action shall be thirty (30) days from either the filing of a consolidated amended complaint, or the denial of a motion to consolidate.

SO ORDERED.

____________________________

Dated: _______________, 2004.