UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GUSTAVO BRUCKNER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>MASSACHUSETTS FINANCIAL )<br>SERVICES COMPANY ET AL. )<br>)<br>Defendant. )<br>and )<br>)<br>MFS CAPITAL OPPORTUNITIES FUND, )<br>MASSACHUSETTS INVESTOR )<br>TRUST and the "MFS FUNDS" )<br>)<br>Nominal Defendants. )<br>)<br>) | CIVIL ACTION<br>NO. 03-CV-12483 |

**ORDER**

This Court hereby ORDERS that the time for Defendants to answer, move, or otherwise respond to the Complaint in the above-captioned action shall be thirty (30) days from either the filing of a consolidated amended complaint, or the denial of a motion to consolidate.

SO ORDERED.

Dated: 2/25/04, 2004.

-3-

LITDOCS:537294.1