UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GUSTAVO BRUCKNER<br><br>Plaintiff<br><br>v.<br><br>MASSACHUSETTS FINANCIAL<br>SERVICES COMPANY ET AL.<br><br>Defendants<br>and<br><br>MFS CAPITAL OPPORTUNITIES FUND,<br>MASSACHUSETTS INVESTOR<br>TRUST and the "MFS FUNDS"<br><br>Nominal Defendants | CIVIL ACTION NO. 03-CV-12483 -NG |

## NOTICE OF CHANGE OF ADDRESS

TO:   THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, the address of Nixon Peabody LLP (Boston office only) will change as follows:

> Nixon Peabody LLP
> 100 Summer Street
> Boston, MA  02110

The telephone and facsimile numbers will remain the same - telephone (617) 345-1000; facsimile (617) 345-1300.

_____
George J. Skelly (BBO# 546797)
David M. Ryan (BBO# 644037)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Telephone:  (617) 345-1000
Facsimile:  (617) 345-1300

DATE: March 19, 2004          Attorneys for Kevin R. Parke

BOS1363102.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all parties who have appeared by first class mail on March 19, 2004.

_____
David M. Ryan