UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GUSTAVO BRUCKNER, Derivatively on Behalf of the MFS CAPITAL OPPORTUNITIES FUND, the MASSACHUSETTS INVESTOR TRUST and the "MFS FUNDS," <br><br>      Plaintiff,<br> v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY, et al.,<br><br>      Defendants,<br> and<br><br>MFS CAPITAL OPPORTUNITIES FUND, et al.,<br><br>      Nominal Defendants | No. 03-12483-NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman, William H. Paine, and Jonathan A. Shapiro, Hale and Dorr LLP, on behalf of defendants Massachusetts Financial Services Company and Sun Life Financial Inc.

            Respectfully Submitted,

            MASSACHUSETTS FINANCIAL
            SERVICES COMPANY and SUN LIFE
            FINANCIAL INC.,

            By their attorneys,

            /s/ Jonathan A. Shapiro
            Jeffrey B. Rudman (BBO #433380)
            William H. Paine (BBO #550506)
            Jonathan A. Shapiro (BBO #567838)

-2-

Hale and Dorr LLP  
60 State Street  
Boston, MA  02109  
(617) 526-6000

April 6, 2004

-2-

BOSTON 1883647v1

-3-

## CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Robert D. Hillman<br>Deutsch, Williams, Brooks, DeRensis<br>& Holland, P.C.<br>99 Summer Street, 13th Floor<br>Boston, MA  02110-1213 | John J. Falvey, Jr.<br>Testa, Hurwitz & Thibeault, LLP<br>125 High Street<br>High Street Tower<br>Boston, MA 02110 |
| James Rehnquist<br>Goodwin Procter, LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 | George J. Skelly<br>Nixon Peabody LLP<br>101 Federal Street<br>Boston, MA 02110 |
| John D. Donovan, Jr.<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110-2624 | Thomas M. Sobol<br>Hagens Berman<br>225 Franklin Street, 26th Floor<br>Boston, MA 02110 |
| Daniel W. Krasner<br>Fred T. Isquith<br>Mark C. Rifkin<br>Robert Abrams<br>Christopher S. Hinton<br>Wolf Haldenstein Adler Freeman &<br>Herz LLP<br>270 Madison Avenue<br>New York, NY 10016 | Nancy Freeman Gans<br>Moulton & Gans, PC<br>33 Broad Street, Suite 1100<br>Boston, MA 02109 |

                /s/ Jonathan A. Shapiro_____
                Jonathan A. Shapiro

Dated:  April 6, 2004