UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GUSTAVO BRUCKNER, derivatively and on behalf of the MFS CAPITAL OPPORTUNITIES FUND, the MASSACHUSETTS INVESTOR TRUST, and the "MFS FUNDS," <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS FINANCIAL SERVICES COMPANY, ET AL., <br><br> Defendants <br><br> and <br><br> MFS CAPITAL OPPORTUNITIES FUND, MASSACHUSETTS INVESTOR TRUST, and the "MFS FUNDS," <br><br> Nominal Defendants. | CIVIL ACTION <br> No. 03-cv-12483-NG |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Bingham McCutchen LLP as counsel for Massachusetts Financial Services Company and Sun Life Financial, Inc. in the above-captioned matter. Please be advised that the successor counsel identified below has entered an appearance on behalf of these defendants:

        Jonathan A. Shapiro
        Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000

LITDOCS:545757.1

-2-

        Respectfully submitted,


        <u>/s/ Christina N. Davilas</u>
        Christina N. Davilas, BBO # 655477
        Bingham McCutchen LLP
        150 Federal Street
        Boston, MA 02110
        (617) 951-8000

Dated: April 9, 2004

LITDOCS:545757.1